```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,            :

              Plaintiff,             :
        v.
                                     :        6:99-CR-6098T
MICHAEL McEACHRON

              Defendant.
_____
```

### ORDER

This cause came on for consideration on motion of the United States of America in accordance with the provisions of 18 U.S.C. §3573 (amended November 18, 1988) for remission of the $325.00 fine balance imposed on August 13, 2001, in this cause; and the Court having considered the motion is of the opinion that the motion is well taken and the $325.00 balance of the fine imposed on August 13, 2001, is hereby remitted.

**THUS DONE AND SIGNED** this 14th day of December, 2005, at Rochester, New York.

```
                          S/ MICHAEL A. TELESCA
                         MICHAEL A. TELESCA
                         United States District Judge
```